# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: REGINALD CUPID NOBLE** | : <br> : <br> :     **CIVIL ACTION NO. 20-CV-5777** <br> : <br> : |

## ORDER

**AND NOW**, this 27th day of January, 2021, upon consideration of Plaintiff Reginald Cupid Noble's *pro se* Amended Complaint (ECF No. 8) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Court's accompanying Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**